UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIBA HAIDAR,

    Defendant.
_____/

Case: 2:24−cr−20005 Assigned To: Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 1/3/2024
Description: INFO USA V. HAIDAR (DA)

VIOLATION: 18 U.S.C. § 1001(a)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

(False Statement – 18 U.S.C. § 1001(a))

On or about October 7, 2021, in the Eastern District of Michigan, Southern Division, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant, HIBA HAIDAR, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation to an agent of the Federal Bureau of Investigation and an agent from the Internal Revenue Service, in that defendant, HIBA HAIDAR, stated that she transferred all of the money she collected for the Banin Charity Association to hospitals in Turkey, when, in fact, defendant, HIBA HAIDAR, then and there knew

that she had transferred some of the money to a company in Turkey called "Golden Eye Trading" and transferred some of the money to her own bank accounts.

All of which constitutes a violation of Title 18, United States Code, Section 1001(a).


DAWN N. ISON
United States Attorney

s/ Michael C. Martin
Michael C. Martin
Assistant United States Attorney
Chief, National Security Unit


Dated:   January 3, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *MM* |

**Case Title:** USA v. Hiba Haidar

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ____Indictment/__✔__Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:            ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 3, 2024
Date

*Michael C. Martin*
MICHAEL C. MARTIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9670
Fax:
E-Mail address: Michael.Martin@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.